1046

No. 78–354. North Carolina v. Butler. Sup. Ct. N. C. Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 78–244. Fisher v. Board of Education of the City of New York et al. C. A. 2d Cir. Certiorari denied.

No. 78–321. Parker et al. v. United States. Ct. Cl. Certiorari denied.

No. 78–391. Brown v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–401. Millar et al. v. Commissioner of Internal Revenue. C. A. 3d Cir. Certiorari denied.

No. 78–403. Scott, Attorney General of Illinois v. United States. C. A. 7th Cir. Certiorari denied.

No. 78–406. Matthews v. United States. C. A. 5th Cir. Certiorari denied.

No. 78–454. Pavlecka et al. v. Banner, Commissioner of Patents and Trademarks. C. C. P. A. Certiorari denied.

No. 78–468. Public Service Company of New Hampshire v. Nuclear Regulatory Commission et al. C. A. 1st Cir. Certiorari denied.

No. 78–478. Mapes et al. v. United States. Ct. Cl. Certiorari denied.